U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILE ___ AFTER HOURS

DEC 7

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY ___

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-cr-547-RLH-RJJ |
| vs. | **ORDER MODIFYING BOND** |
| CINTHIA MORGAN SPOONTS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the following conditions are added to the terms of supervised pretrial release imposed by the Court on December 6, 2010: The defendant shall report weekly to Pretrial Services in Alaska and the defendant shall obtain no passport or travel documents.

DATED this 7th day of December, 2010.

GEORGE FOLEY, JR.
United States Magistrate Judge